IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOSHUA C.P., <br><br> Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, acting Commissioner of Social Security, <br><br> Defendant. | CV 21-43-M-DWM <br><br> JUDGMENT |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED, pursuant to the Court's Order, Doc. 15, that the Commissioner's denial of benefits is affirmed.

This matter is now closed.

Dated this 1st day of December, 2021.

TYLER P. GILMAN, CLERK

By: /s/ Nicole Stephens
Nicole Stephens, Deputy Clerk